# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-11375

_____

**In The Matter of: HUGH A. LAWRENCE,**

**Debtor,**

**BRYAN STONE; STONE & STONE, PC; DAN CUTRER,**

**Appellants,**

**versus**

**MYRNA HUTCHINSON; JOHN LITZLER, Trustee;
ROBERT EARL BORAH,**

**Appellees.**

_____

**Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-2724-R)**
_____

**February 4, 2000**

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

  **AFFIRMED.** See 5TH CIR. R. 47.6.

---

  [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.